## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| COSHAP, LLC, d/b/a Southside Discount Mall, | * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:23-CV-00917-ELR |
| THE ALPHA, INC., | * * | |
| Defendant. | * * | |

_____

**O R D E R**
_____

By a minute Order entered in this case by the Court on February 6, 2024, the Court directed that a Clerk's entry of default be entered against Defendant The Alpha, Inc. and instructed that "should Plaintiff [Coshap, LLC] elect to file a motion for default judgment against Defendant pursuant to Federal Rule of Civil Procedure 55(b), the Court ORDERS Plaintiff to do so within twenty-one (21) days." Plaintiff did not file any such motion within the time required by the Court.

Local Rule 16.5 provides that "[f]ailure to comply with the [C]ourt's pretrial instructions may result in the imposition of sanctions, including dismissal of the case[.]" LR 16.5, NDGa. Because Plaintiff has failed to comply with the Court's

pretrial instructions, the Court **DISMISSES WITHOUT PREJUDICE** this action and **DIRECTS** the Clerk to close it.

**SO ORDERED**, this 1st day of March, 2024.

Eleanor L. Ross
United States District Judge
Northern District of Georgia