UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COSHAP, LLC,<br><br>                  Plaintiff,<br><br>vs.<br><br>THE ALPHA, INC,<br><br>                  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-917-ELR |

### J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of the Court's February 6, 2024 Order, and Plaintiff having failed to comply with said Order and the Court's Pretrial Instructions, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia, this 4th day of March, 2024.

                                      KEVIN P. WEIMER
                                      CLERK OF COURT

                          By:   s/Ciarra Steede
                                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 4, 2024
Kevin P. Weimer
Clerk of Court

By:  s/Ciarra Steede
       Deputy Clerk